```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA GERALDINE ALERS,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER**

25-CV-5209 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 16, 2025, Plaintiff filed a letter motion requesting an extension of time to file her motion for judgment on the pleadings. ECF No. 8. Plaintiff's motion at ECF No. 8 is **GRANTED IN PART** and **DENIED IN PART**. The Court **GRANTS** Plaintiff's request for an extension, but **DENIES** the proposed schedule. The briefing schedule shall be as follows:

- Plaintiff to file her motion for judgment on the pleadings by **November 17, 2025;**
- Defendant to file its response to Plaintiff's motion/cross motion by **January 20, 2026;**
- Plaintiff to file her reply by **February 3, 2026**.

**SO ORDERED.**

Dated: September 17, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1