UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA GERALDINE ALERS,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025

**ORDER**

25-CV-5209 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Pursuant to the Court's September 17, 2025 Order, ECF No. 9, Plaintiff was directed to file her motion for judgment on the pleadings by November 17, 2025. To date, no motion has been filed on the docket. The Court sua sponte extends the deadline to submit a motion for judgment on the pleadings to **November 25, 2025**. Failure to meet this deadline will result in a recommendation by the undersigned to Judge Broderick to dismiss this case with prejudice.

**SO ORDERED.**

Dated: November 18, 2025
       New York, New York

                                            _____
                                            Henry J. Ricardo
                                            United States Magistrate Judge