UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2026

PATRICIA GERALDINE ALERS,

                Plaintiff,

      -v-

COMMISSIONER OF SOCIAL SECURITY,

         Defendant.

**ORDER**

25-CV-5209 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 18, 2025, Plaintiff filed her motion for judgment on the pleadings, ECF No. 11. On December 22, 2025, Defendant filed its opposition brief, ECF No. 14. Pursuant to Rule 8 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g), Plaintiff's reply brief was due on January 5, 2026. To date, no reply brief has been filed on the docket. The Court *sua sponte* extends the deadline to submit a reply to **January 12, 2026**. Failure to meet this deadline will result in the motion being considered fully-briefed.

**SO ORDERED.**

Dated: January 6, 2026
      New York, New York

                                   Henry J. Ricardo
                                   United States Magistrate Judge

1