UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :

PATRICIA GERALDINE ALERS,         :
                                                    :

                      Plaintiff,    :
                                                    :          25-CV-5209 (VSB) (HJR)

        - against -           :
                                                        :        **OPINION & ORDER**

                                                        :

COMMISSIONER OF SOCIAL SECURITY,  :

                                                    :

                    Defendant.   :

                                                        :
------------------------------------------------------------X

Appearances:

Daniel A. Osborn
Lindsay M. Trust
Osborn Law P.C.
New York, NY
*Counsel for Plaintiff*

Kristina Cohn
U.S. Attorney's Office
New York, NY

Michael J. Pelgro
Social Security Administration
*Counsel for Defendant*

VERNON S. BRODERICK, United States District Judge:

      On June 23, 2025, Plaintiff Patricia Geraldine Alers ("Plaintiff") filed this action seeking

judicial review of the final decision of the Commissioner of Social Security ("Defendant" or

"Commissioner") denying her application for disability insurance benefits pursuant to Section

205(g) and Section 1383(c)(3) of the Social Security Act. (Doc. 1.) On June 24, 2025,

Magistrate Judge Henry J. Ricardo was designated as the presiding Magistrate Judge. On that

same date, I referred this matter to Magistrate Judge Ricardo. (Doc. 5.)

On November 18, 2025, Plaintiff filed a motion for judgment on the pleadings. (Doc. 11.) On December 22, 2025, Defendant filed its opposition brief. (Doc. 14.) On January 6, 2026, Magistrate Judge Ricardo *sua sponte* extended the deadline for Plaintiff to submit a reply to January 12, 2026. (Doc. 15.) On January 12, 2026, Plaintiff submitted a reply in support of her motion for judgment on the pleadings. (Docs. 16–17.) On May 7, 2026, Magistrate Judge Ricardo issued a thorough 17-page Report & Recommendation finding that "[t]he ALJ's decision is supported by substantial evidence" and recommending that "the Commissioner's decision be AFFIRMED and Plaintiff's action DISMISSED." (R&R 17 (emphasis omitted).)

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

Although the Report & Recommendation explicitly provided that "the parties have fourteen (14) days (including weekends and holidays) from service of this Report and Recommendation to file any objections" and "FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS WILL RESULT IN A WAIVER OF OBJECTIONS AND WILL PRECLUDE APPELLATE REVIEW," (R&R at 17 (emphasis omitted)), neither party filed an objection nor requested additional time to do so. I have reviewed Magistrate Judge Ricardo's thorough and well-reasoned Report & Recommendation for clear error and, after careful review, find none. I therefore ADOPT the Report & Recommendation in its entirety.

The Clerk's Office is terminate the open motion at Doc. 11, to enter judgment in accordance with this Opinion & Order, and to close this case.

SO ORDERED.

Dated: May 29, 2026
         New York, New York

Vernon S. Broderick
United States District Judge