**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
PATRICIA GERALDINE ALERS,

                   Plaintiff,                         25 **CIVIL** 5209 (VSB) (HJR)

       -against-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.
----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the

reasons set forth in the Court's Opinion and Order dated May 29, 2026, the Court adopts the

Report & Recommendation in its entirety; accordingly, the case is closed.


 **Dated:**  New York, New York

     June 1, 2026

                                    **TAMMI M. HELLWIG**
                                 _____
                                   **Clerk of Court**

                  **BY:**
                            _____
                                   **Deputy Clerk**